recitals in the judgment show that all formalities required by the statute were complied with. The record is before us without statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

## TAYLOR v. STATE.
### No. 24579.

Court of Criminal Appeals of Texas.
Nov. 23, 1949.

## TAYLOR v. STATE.
### No. 24578.

Court of Criminal Appeals of Texas.
Nov. 23, 1949.

None on appeal, for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

Appellant was charged with burglary. He pleaded guilty and waived the right of trial by jury. The court found him guilty and assessed his punishment at confinement in the penitentiary for a term of two years.

The record before us contains no statement of facts and no bills of exception. The proceedings being regular, nothing is presented for our consideration.

The judgment of the trial court is affirmed.

No appearance for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for burglary, punishment assessed at two years in the penitentiary.

Appellant waived a jury and entered his plea of guilty before the court. The